In the Interest of: M.D.
and A.C., Minors,

v.

B.D.K., et al., Respondents/Appellants.

Nos. 67370, 67371.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 13, 1996.

Patrick D. Billington, A. David Arand, Union, Gael D. Wood, Washington, for appellant.

Prudence Fink Johnson, Union, for Juvenile Officer.

John R. O'Connor, Union, guardian ad litem.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

## ORDER

PER CURIAM.

Mother appeals the judgments of the trial court terminating her parental rights as to her children M.D. and A.C. Father appeals the judgments terminating his parental rights as to M.D. We affirm. The judgments of the trial court are supported by substantial evidence and are not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. Rule 84.16(b).